# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **SAMARA HEITHCOCK**, individually and as next friend of her minor daughter, M.H., )<br>)<br>)<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>)<br>**TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES**, *et al.*, )<br>)<br>**Defendants**. ) | Civil No. 3:14-CV-2377<br>Judge Aleta A. Trauger |

## ORDER

The Motion to Dismiss filed by defendants Department of Children's Services, James M. Henry, Sharonika Nelson Jones, and Jamila Sugri (Docket No. 11) is **GRANTED**. The Motion to Dismiss filed by defendants Henry, Jones, and Sugri (Docket No. 23) is **GRANTED**. The court declines to exercise supplemental jurisdiction over the remaining state law claims, and they are dismissed without prejudice. This Order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 14th day of August 2015.

_____
ALETA A. TRAUGER
United States District Judge

1